# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THADDEUS WATERS, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                             **CASE NO:  8:20-cv-3064-T-02AAS**

BJ'S WHOLESALE CLUB, INC.

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, THADDEUS WATERS, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, BJ'S WHOLESALE CLUB, INC., has been resolved.

Dated this 10th day of May, 2021.

Respectfully submitted,

**LUIS A. CABASSA**
Florida Bar Number: 053643
**BRANDON J. HILL**
Florida Bar Number: 37061
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of May, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**LUIS A. CABASSA**

2